## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| Kori N. Sanders | BK 08−41606−lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−9776

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF CASE DISMISSAL

Notice is given that: pursuant to an Order entered on 12/21/2010 the above referenced bankruptcy case has been dismissed due to the Granting of the Trustee's oral Motion to Dismiss Case and the case will be closed without further notice. Any questions concerning this matter should be directed to the following:

Debtor(s) Attorney:    Bradley P Olson
144 S Division
Carterville, IL 62918
(618) 985−5262

DATED: January 5, 2011

**Donna N Beyersdorfer**
CLERK OF THE BANKRUPTCY COURT